**ORIGINAL**

**FILED**

04/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0208

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 23-0208

DALE BRENT GUCCIONE,

    Petitioner,

v.

JENI NICHOLS, Program Administrator,
Connections Corrections Program,

    Respondent.

**FILED**

APR 0 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## O R D E R

Dale Brent Guccione has filed a Petition for Writ of Habeas Corpus, asserting that his sentence calculation is in error because his three sentences should all run concurrently, pursuant to a global plea agreement. Guccione includes a sentence calculation. Upon review of his Petition and attachments, we deem it appropriate to require a response. Therefore,

IT IS ORDERED that that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for a writ of habeas corpus together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Dale Brent Guccione personally.

DATED this _7th_ day of April, 2023.

_____
Justice